UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -4 A 11: 44
U.S. DISTRICT COURT
BRIDGEPORT CONN

# MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States of America

Case No. 3:05CV 222 (AHN)
3:02-CR-00091 (AHN)
(To be supplied by the Court)

v.

MICHAEL MORIARTY
REG. # 14634-014 , Movant,
Full Name and Prisoner Number

F.C.I. OTISVILLE
Complete Prison Address (Place of Confinement)

P.O. BOX 1000

OTISVILLE, N.Y 10963

## CONVICTION UNDER ATTACK

(If movant is attacking a sentence based on a federal conviction to be served in the future, the motion should be filed in the federal court which entered the judgment.)

1) Name and location of the court which entered the judgment of conviction under attack: U.S. DISTRICT COURT DISTRICT OF CONNECTICUT 915 LAFAYETT BOULEVARD BRIDGEPORT, CT 06604

2) Date judgment of conviction was entered FEBRUARY 6TH 2003

3) Case number 3:02 CR-00091 (AHN)

4) Length and term of sentence 240 MONTHS + 5YR SUP. REL.
60 MONTHS + 3YR SUP. REL. CONCURRENT

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion? Yes ___ No ✓

6) Name of judge who imposed sentence under attack in this motion ALAN H. NEVAS

7) Nature of the offense involved (all counts) _____

18 U.S.C. ~~3237~~ 371 + 2113 (A)

ATTEMPTED BANK ROBBERY

CONSPIRACY TO COMMIT BANK ROBBERY

8) What was your plea? (check one)
   Not guilty ✓   Guilty ___   Nolo Contendere ___

9) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

_____

_____

10) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _____

_____

11) Kind of trial (check one)   Jury ✓   Judge only ___

12) Did you testify at trial? Yes ✓ No ___

## DIRECT APPEAL

13) Did you appeal from the judgment of conviction?   Yes ✓ No ___

14) If you did appeal, answer the following questions:
    (a) Give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): U.S. COURT OF APPEALS

THURGOOD MARSHALL U.S. COURTHOUSE FOLEY SQUARE N.Y.N.Y

CONVICTION WAS UPHELD CASE # 03-1108 DATE FEBRUARY 9TH 2004

(b) State the issues raised: 1) ADMISSION OF CERTAIN EVIDENCE  2) ADMISSION OF PRIOR CONVICTIONS TOWARDS IMPEACHMENT OF CREDIBILITY

15) If you did not appeal, explain briefly why you did not: _____

_____

_____

### POST-CONVICTION PROCEEDINGS

16) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?     Yes ___ No ✓

17) If your answer to 16 was "Yes," give the following information:

   a)  FIRST petition, application or motion.

   1. Name of court _____

   2. Nature of proceeding _____

   _____

   3. Claims raised _____

   _____

   4. Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ✓

   5. Result _____

   6. Date of result _____

   7. Did you appeal the result to the federal appellate court having jurisdiction?  Yes ___ No ✓  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

   _____

   _____

8. If you did not appeal, briefly explain why you did not _____

_I BELIEVE THE APPELLATE COURT HAD PROPER JURISDICTION_

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

3. Claims raised _____

4. Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___  No ✓

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction?  Yes ___  No ✓  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

_____

8. If you did not appeal, briefly explain why you did not _____

_____

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

_____

3. Claims raised _____

_____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

8. If you did not appeal, briefly explain why you did not _____

_____

## CLAIMS

18) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

**Claim One:** INEFFECTIVE ASSISTANCE OF COUNSEL

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

1) COUNSEL NEVER BOTHERED TO CONTACT ANY OF THE EIGHT (8) WITNESSES TO PROVE MY WHERE ABOUTS AND ALSO TWO POLICE OFFICERS WERE NOT CALLED WHEN I ASKED FOR THEIR APPEARANCE
2) ABSOLUTELY NO INVESTIGATIVE WORK WAS DONE BY MY ATTORNEY ALL HE DID WAS READ THE FILE.
3) FAILED TO ADEQUATELY CROSS-EXAMINE WITNESSES THAT GAVE CONTRADICTING STATEMENTS
4) ALLOW A POLICE OFFICER TO LIE ON THE STAND WHEN SAME OFFICERS FIELD NOTES SAID OTHERWISE
5) FAILED TO OFFER MITIGATING EVIDENCE TO THE JURY
6) TRIAL CAN NOT BE RELIED ON AS HAVING BEEN AN ADVERSARIAL TESTING PROCESS.
7) ALLOWED PROSECUTION TO MAKE STATEMENTS THAT I "TAILORED" MY STATEMENTS TO "FIT IN" WITH STATEMENTS MADE BY OTHER WITNESSES. HE NEVER EVEN BOTHERED TO "OBJECT" TO THIS COLLOQUY.

**Claim Two:** LACK OF TIME TO ADEQUATELY PREPARE FOR TRIAL / PREPARATION WAS MISREPRESENTED BY COUNSEL

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

1) TRIAL COUNSEL WAS THIRD ATTORNEY ASSIGNED TO THE CASE APPOINTED AUG. 1, 2002 — DID NOT MEET WITH DEFENDENT UNTIL SEPT 10, 2002 — MORNING OF SEPT 13, 2002 INFORMED ME THAT I SHOULD ASK FOR A 30 DAY CONTINUANCE. DURING THE HEARING, HE INFORMED JUDGE NEVAS HE WAS FULLY PREPARED (AGAINST MY WISHES AND NO INVESTIGATION WORK DONE WITH A TOTAL OF THREE HOURS OF INTERVIEWING ME  TRIAL SET FOR TWELVE DAYS LATER SEPT 25, 2002
2) INTIMIDATED DEFENDENT WITH WARNINGS OF NOT MAKING ENEMIES WITH THE JUDGE.

6

**Claim Three:** AGAINST DEFENDENTS WISHES HE HAD TO TESTIFY AT TRIAL KNOWING HIS PRIOR CONVICTIONS WOULD BE TO HIS DETRAHENT.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

1) COUNSEL ADVISED DEFENDENT THAT THE CASE WAS LOST IF HE DIDNT TESTIFY. THIS WAS A RESULT OF DEFENSE COUNSEL CALLING NO WITNESSES FOR THE DEFENSE. HE LEFT THE DEFENDENT WITH A LAST DITCH EFFORT TO SAVE A CASE ALREADY LOST.

2) FAILED TO REBUT PROSECUTIONS QUESTIONING WHEN IT WAS THE LAST THINGS THE JURY WOULD HEAR PRIOR TO INSTRUCTIONS

19) If any of the claims listed in 16 were not previously presented, state briefly what claims were not so presented, and give your reasons for not presenting them: NONE WERE PRESENT BECAUSE MOST ARE OMISSIONS THAT THE COURT RECORD COULD NOT REFLECT AND APPEALS COURT COULD NOT ADEQUATELY REVIEW. SECONDLY ON ADVISE OF APPEAL COUNSEL

20) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack?
    Yes ___ No ✓. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: _____

## SUCCESSIVE MOTIONS

21) If you have filed a prior motion and are raising in this motion a claim which you did not present in a prior motion, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider the motion.
Yes ___ No ✓. Please attach a copy of the order.

7

## LEGAL REPRESENTATION

22) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  MR PAUL THOMAS / LEGAL AID
MS SARA CHAMBERS / LEGAL AID

(b) At arraignment and plea  MR. PAUL THOMAS / LEGAL AID

(c) At trial  MR. LAWRENCE HOPKINS   50 ELM ST NEW HAVEN, CT 06510

(d) At sentencing  MR LAWRENCE HOPKINS   50 ELM ST NEW HAVEN CT. 06510

(e) On appeal  MR JEREMY EPSTEIN / SHEARMAN + STERLING LLP   599 LEXINGTON AVE N.Y. NY. 10022-6069

(f) In any post-conviction proceeding  NONE

(g) On appeal from any adverse ruling in a post-conviction proceeding  NONE

## OTHER CONVICTIONS

23) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time? Yes ✓ No __

24) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes __ No ✓

   (a) If so, give name and location of court which imposed sentence to be served in the future _____

8

(b) and give date and length of service to be served in the future _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ___ No ✓

Wherefore, movant prays that the Court grant him such relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____

_____
Attorney's Full Address and Telephone Number

*Michael P. Moriarty*
Movant's Original Signature

*Reg # 14634-014*
Movant's Inmate Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the movant in this action, that he/she has read this motion and that the information contained in the motion is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at F.C.I. OTISVILLE, P.O. BOX 1000, OTISVILLE, NY 10963 (Location) on 1/19/05 (Date).

*Michael P. Moriarty*
Movant's Original Signature

9