UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:02CR91(AHN) |
| | : | Civ. No. 3:05CV222(AHN) |
| v. | : | |
| | : | |
| MICHAEL MORIARTY | : | |
| | : | April 18, 2005 |

NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed the Government's Appendix.

This document has not been filed electronically because:

[  ]  the document (or thing) cannot be converted to an electronic format
[✔]  the electronic file size of the document exceeds 1.5 mb
[  ]  the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]
[  ]  Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    CHRISTOPHER W. SCHMEISSER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No.: ct14806
    157 Church Street, 23rd Floor
    New Haven, CT  06510
    Tel.: (203) 821-3754   Fax: (203) 773-5377
    christopher.schmeisser@usdoj.gov

CERTIFICATE OF SERVICE
──────────────────────

This is to certify that a copy of the within and foregoing, and the Government's Notice of Manual Filing was sent, postage prepaid, by U.S. mail this the 18th day of April, 2005 to:

Michael Moriarty
Reg. # 14634-014
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

_____
Christopher W. Schmeisser