United States District Court
District of Connecticut

**FILED** 2005 MAY -6 P 3:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

United States of America : Crim. # 3:02CR91 (AHN)
                          Civ. # 3:05CV222 (AHN)
V                         :

Michael Moriarty         : May 3, 2005

Notice of Intent to Answer
Governments Response to
Section 2255 Petition

    The Defendant, Michael Moriarty Reg# 14634-014, in the above captioned matter, hereby gives notice to the court that he is in receipt of Governments response to his 2255 petition, and he intends to answer this response as timely as possible.

    The Defendant, has been transferred

(1)

to a new facility (address enclosed) and is awaiting his property via the mail. As soon as possible, an answer will be submitted to the court and he hopes this is no later than May 31, 2005.

Respectfully Submitted

Michael Moriarty
Reg # 14634-014

New Address

F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

(2)

## Certificate of Service

I hereby certify that a true and accurate copy of this notice was mailed first-class postage pre-paid to the address below on May 3rd, 2005

Signed
Michael Moriarty
Reg # 14634-014

United States Attorney Office
Asst Att. Christopher Schmiesser
157 Church St, 23 floor
New Haven, Ct. 06510

(3)