JUN 16 2005    June 5, 2005

Dear Sir or Madam,

Please be aware that this motion does not carry a certificate of service.

The Defendant does not have access to the Prosecutors address which is in his personal property being stored at his new facility. He has made the court aware of this in the motion.

Thank you for your cooperation

Michael Moriarty
Reg #14634-014
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

United States District Court
District of Connecticut
FILED AT  BRIDGEPORT
June 16, 2005
Kevin F. Rowe, Clerk
By: J. Baldwin
Deputy Clerk