U.S. District Court
District of Connecticut
FILED AT BRIDGEPORT
June 16, 2005
Kevin F. Rowe, Clerk
By D. Baldwin
Deputy Clerk

JUN 16 2005

United States District Court
District of Connecticut

United States of America : Docket # 3:05 CV 222 (AHN)
    Plaintiff      3:02CR222(AHN)
v :

Michael Moriarty : Date - June 5, 2005
    Defendant

---

### Motion for Time Extension

The Defendant, Michael Moriarty Reg# 14634-014, in the above captioned matter, hereby moves this court for consideration of an extension of time to submit a memorandum of law in support of his section 2255 petition.

The Defendant would like the

(1)

court to be aware that the Defendant is now in a new facility since April 18, 2005 and was held in Administrative Detention until May 18, 2005, then released to general population until May 31, 2005. He is now confined back in Special Housing and is waiting to recieve his property.

   This was an unforeseen situation that was out of the Defendants control. It is also brought to the attention of the court that the Defendant has been so situated since April 27, 2004 and as a result he has been extremely limited to legal resource material and time in a legal library setting.

(2)

While waiting to recieve his property the Defendant can do no work on any of his legal matters.

Lastly, he would like the court to forego a certificate of service to the prosecutor Mr. Christopher Schmeisser because the Defendant has no access to his address.

Respectfully Submitted,
Michael Moriarty
Reg # 14634-014
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

(3)