UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT -5 A 9: 37
US DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA : Crim. No. 3:02CR91(AHN)
: Civ. No. 3:05CV222(AHN)
v. :
:
MICHAEL MORIARTY :
: October 4, 2005

## NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed the Government's Supplemental Opposition Memorandum along with attachments.

This document has not been filed electronically because:

[ ] the document (or thing) cannot be converted to an electronic format
[✔] the electronic file size of the document exceeds 1.5 mb
[ ] the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]
[ ] Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No.: ct14806
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel.: (203) 821-3754  Fax: (203) 773-5377
christopher.schmeisser@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing, and the Government's Notice of Manual Filing was sent, postage prepaid, by U.S. mail this the 4th day of October, 2005 to:

Michael Moriarty
Reg. # 14634-014
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

_____
Christopher W. Schmeisser

2